UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LEGION INSURANCE COMPANY | : | |
| | : | |
| VS | : | C.A. NO. 02-045T |
| | : | |
| FAMILY SERVICE, INC. and | : | |
| BROOKE BOURASSA | : | |

**NOTICE OF APPEARANCE**

I, Matthew P. Horvitz, hereby enter my appearance on behalf of the Defendants, Family Service, Inc. and Brooke Bourassa. I hereby certify that I am admitted to practice in this Court.

/s/ Matthew P. Horvitz
Matthew P. Horvitz (#7289)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
mhorvitz@haslaw.com

Dated: March 14, 2007.

**CERTIFICATE OF SERVICE**

To:

Brooks R. Magratten, Esq.
Kimberly A. Simpson, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

I hereby certify that on March 14, 2007, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Matthew P. Horvitz

#789227 (36926/115798)