**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| LEGION INSURANCE COMPANY,<br>Plaintiff,<br><br>v.<br><br>FAMILY SERVICE, INC. and<br>BROOKE BOURASSA,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 02-0045/T<br><br>**STIPULATION** |

Plaintiff and defendant agree that plaintiff shall have up to and including April 25, 2007 to respond to the defendants' motion for summary judgment, filed on April 4, 2007.

/s/Joseph D. Whelan
Joseph D. Whelan, Esq. (#2126)
Matthew P. Horvitz, Esq. (#7289)
Attorneys for Defendants
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 [FAX]
jwhelan@haslaw.com
mhorvitz@haslaw.com

/s/Brooks R. Magratten
Brooks R. Magratten, #3585
Kimberly A. Simpson, #4803
Attorneys for Plaintiff
VETTER & WHITE
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]
bmagratten@vetterandwhite.com
ksimpson@vetterandwhite.com

Date: April 16, 2007