AO 441 (Rev.5/85) Third Party Summons in a Civil Action

# United States District Court

DISTRICT OF *Rhode Island*

PLAINTIFF
***Legion Insurance Company***

V. DEFENDANT AND THIRD PARTY PLAINTIFF
***Family Service, Inc. and Brooke Bourassa***

V. THIRD PARTY DEFENDANT
***Rhode Island Insurers' Insolvency Fund***

## THIRD PARTY SUMMONS IN A CIVIL ACTION

CASE NUMBER *02-045T*

To: (Name and address of Third Party Defendant)

***Rhode Island Insurers' Insolvency Fund***
***c/o Guarantee Management Services***
***One Bowdoin Square***
***Boston, MA 02114-2916***

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

***Brooks R. Magratten, Esq.***
***Kimberly A. Simpson, Esq.***
***Vetter & White***
***20 Washington Place***
***Providence, RI 02903***

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

***Matthew P. Horvitz, Esq.***
***Hinckley, Allen & Snyder LLP***
***50 Kennedy Plaza, Suite 1500***
***Providence, RI 02903***

an answer to the third-party complaint which is herewith served upon you within *20* days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case with Rule 9 (h) Federal Rules of Civil Procedure, and, (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14 (c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

CLERK

DATE 4-16-07

(By) DEPUTY CLERK

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| Services of the Summons and complaint was made by me [1] | DATE APRIL 18, 2007 |
|---|---|
| NAME OF SERVER BURTON MALKOFSKY | TITLE CONSTABLE |

*Check one box below to indicate appropriate method of service*

XX Served personally upon the third-party defendant. Place where served: ONE BOWDOIN SQUARE, BOSTON, MA TO MR. LAWRENCE DANIELS, MANAGER

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with home the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☐ Other (specify): ____________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $14 | $25. | $39 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on APRIL 18, 2007
*Date*

Burton Malkofsky
*Signature of Server*

357 CAMBRIDGE STREET, CAMBRIDGE, MA 02141
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.