UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LEGION INSURANCE COMPANY, :
Plaintiff, :
v. : C.A. NO. 02-045T
:
FAMILY SERVICE, INC. and :
BROOKE BOURASSA, :
Defendants. :

**STIPULATION**

Plaintiff and defendants agree that the defendants shall have up to and including May 16, 2007 to file a reply to plaintiff's objection to defendants' motion for summary judgment, filed on April 25, 2007.

FAMILY SERVICE, INC. and
BROOKE BOURASSA

By their attorneys,

/s/ Matthew P. Horvitz
Joseph D. Whelan (#5694)
Matthew P. Horvitz (#7289)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (fax)
jwhelan@haslaw.com
mhorvitz@haslaw.com

Dated: May 9, 2007

LEGION INSURANCE COMPANY

By its attorneys,

/s/ Brooks R. Magratten
Brooks R. Magratten (#33585)
Kimberly A. Simpson (#4803)
Vetter & White
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803
bmagratten@vetterandwhite.com
ksimpson@vetterandwhite.com

Dated: May 9, 2007