UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LEGION INSURANCE COMPANY | : | |
| V. | : | |
| FAMILY SERVICE, INC. and BROOKE BOURASSA | : | C.A. No. 02-045T |
| V. | : | |
| RHODE ISLAND INSURERS INSOLVENCY FUND | : | |

**ENTRY OF APPEARANCE**

Linn F. Freedman and Nixon Peabody LLP hereby enter an appearance on behalf of Rhode Island Insurers Insolvency Fund.

RHODE ISLAND INSURERS
INSOLVENCY FUND

By Its Attorney,

/s/ Linn F. Freedman
Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614
E-mail: lfreedman@nixonpeabody.com

Date: May 14, 2007

**CERTIFICATION**

I hereby certify that on this 14th day of May, 2007, I caused a true copy of the within Entry of Appearance to be filed electronically with the Court and sent by first-class mail to the following:

Joseph D. Whelan, Esq.
Matthew P. Horvitz, Esq.
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903

Brooks R. Magratten, Esq.
Kimberly A. Simpson, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

/s/ Linn F. Freedman