UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LEGION INSURANCE COMPANY

V.

FAMILY SERVICE, INC. and
BROOKE BOURASSA

C.A. No. 02-045T

V.

RHODE ISLAND INSURERS
INSOLVENCY FUND

**STIPULATION**

It is hereby stipulated and agreed to by Defendants, Family Service, Inc. and Brooke Bourassa and Third Party Defendant, Rhode Island Insurers Insolvency Fund that Third Party Defendant, Rhode Island Insurers Insolvency Fund may answer or otherwise respond to the Third Party Complaint filed against it by Defendants on or before June 8, 2007.

RHODE ISLAND INSURERS
INSOLVENCY FUND

By Its Attorney,

/s/ Linn F. Freedman
Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614
E-mail: lfreedman@nixonpeabody.com

FAMILY SERVICE, INC. and
BROOKE BOURASSA

By Their Attorney,

/s/ Matthew P. Horvitz
Matthew P. Horvitz (#7289)
HINCKLEY, ALLEN & SNYDER, LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
Telephone: (401) 274-2000
Fax: (401) 277-9600
E-mail: mhorvitz@haslaw.com

Date: May 14, 2007

**CERTIFICATION**

I hereby certify that on this 14th day of May, 2007, I caused a true copy of the within Stipulation to be filed electronically with the Court and sent by first-class mail to the following:

Joseph D. Whelan, Esq.
Matthew P. Horvitz, Esq.
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903

Brooks R. Magratten, Esq.
Kimberly A. Simpson, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

/s/ Linn F. Freedman