UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LEGION INSURANCE COMPANY

v.

FAMILY SERVICE, INC. and
BROOKE BOURASSA

C.A. No. 02-045T

v.

RHODE ISLAND INSURERS
INSOLVENCY FUND

# STIPULATION

Defendants, Family Service, Inc. and Brooke Bourassa, and Third Party Defendant, Rhode Island Insurers Insolvency Fund, agree and stipulate that the Defendants shall have up to and including July 6, 2007 to object or otherwise respond to the Rhode Island Insurers' Insolvency Fund's motion to dismiss.

RHODE ISLAND INSURERS
INSOLVENCY FUND

By its attorney,

/s/ Linn F. Freedman
Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1108
(866) 807-6614 (fax)
lfreedman@nixonpeabody.com

Date: June 28, 2007

FAMILY SERVICE, INC. and
BROOKE BOURASSA

By their attorneys,

/s/ Matthew P. Horvitz
Joseph D. Whelan (#5694)
Matthew P. Horvitz (#7289)
HINCKLEY, ALLEN & SNYDER, LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
mhorvitz@haslaw.com

Date: June 28, 2007

**CERTIFICATION**

To:

Brooks R. Magratten, Esq.
Kimberly A. Simpson, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1108
(866) 807-6614 (fax)
lfreedman@nixonpeabody.com

I hereby certify that on June 28, 2007, a copy of the foregoing stipulation was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Matthew P. Horvitz

#813010v1