UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LEGION INSURANCE COMPANY | : | |
| v. | : | |
| FAMILY SERVICE, INC. and BROOKE BOURASSA | : | C.A. No. 02-045T |
| v. | : | |
| RHODE ISLAND INSURERS INSOLVENCY FUND | : | |

**WITHDRAWAL OF APPEARANCE**

I, Matthew P. Horvitz, hereby withdraw my appearance as counsel for the defendants, Family Service, Inc. and Brooke Bourassa.

/s/ Matthew P. Horvitz
Matthew P. Horvitz (#7289)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
mhorvitz@haslaw.com

Dated: April 1, 2008.

**CERTIFICATE OF SERVICE**

To: Linn F. Freedman, Esq.
Nixon Peabody, LLP
One Citizens Plaza, Suite 500
Providence, RI 02903

Brooks R. Magratten, Esq.
Kimberly A. Simpson, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

I hereby certify that on April 1, 2008, a copy of the foregoing objection was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Matthew P. Horvitz______

#881297
(036926-115798)